**Elsie García**                                                                                                      **EXHIBIT B**

| | |
|---|---|
| **From:** | Jane Becker Whitaker <jbw@beckervissepo.com> |
| **Sent:** | Thursday, May 8, 2025 5:09 AM |
| **To:** | Alexandra Casellas-Cabrera |
| **Cc:** | Elsie García; Luis R.Pérez Giusti |
| **Subject:** | RE: Discovery requests for Salomon Abadi and Joel Bender |

Caution! This message was sent from outside your organization.        Allow sender | Block sender | Report

Good morning, Alexandra,

I apologize for being so incomunicado. Plaintiff is working on its responses, but the necessary response to the change in the import situation with respect to tariffs has been occupying a great deal of company time. I would greatly appreciate it if you could accommodate an extension of time until May 20th in order for Plaintiff to respond to Defendants' discovery request.

Sincerely yours,

Jane

---

**From:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>
**Sent:** Wednesday, May 7, 2025 9:12 PM
**To:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Cc:** Elsie García <EGarcia@amgprlaw.com>; Luis R.Pérez Giusti <lpg@amgprlaw.com>
**Subject:** RE: Discovery requests for Salomon Abadi and Joel Bender

Dear counsel,

I write to transmit Defendants' answers to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, served pursuant to the Court's discovery schedule.

　　　As you are aware, per the Court's Order, the parties' deadline to serve written discovery requests was **Tuesday, April 1,** and the deadline to respond was set for **May 1**. On April 1, Defendants timely served their written discovery requests to Plaintiff. That same day, you requested an extension to submit Plaintiff' written discovery requests by **Friday, April 4**; however, we did not receive any such requests until **Monday, April 7**, and again on **April 12**.

　　　On **May 1**, because the 30-day period for discovery responses had *not* yet run, and in an effort to maintain procedural fairness, Defendants requested an extension of the May 1 deadline to **today, May 7**, to respond. We are now complying with that deadline and submitting our responses accordingly.

　　　To date, we have not received Plaintiffs' responses to Defendants' April 1 discovery requests, nor have we received any communication in response to our May 1 request seeking confirmation that Plaintiff would also be seeking or requiring additional time to respond.

　　　We respectfully request that you confirm when we may expect Plaintiff's responses to Defendants' discovery requests. If Plaintiff is unable to comply, or intend to raise objections, please advise accordingly so that we may consider how to proceed.

Best,




**From:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>
**Sent:** Thursday, May 1, 2025 5:46 PM
**To:** Jane Becker Whitaker <jbw@beckervissepo.com>; Luis R.Pérez Giusti <lpg@amgprlaw.com>
**Cc:** Elsie García <EGarcia@amgprlaw.com>
**Subject:** RE: Discovery requests for Salomon Abadi and Joel Bender

Dear Jane,

I hope this email finds you well.

As you may recall, we originally agreed in the Joint ISC that today would be the deadline to serve written discovery responses. However, we received Plaintiffs' discovery requests on April 7 and April 11 — after the agreed-upon deadline for serving such requests.

Accordingly, the 30-day period to respond would expire on May 7 and May 12, respectively. In light of this, we kindly request until **May 7** to serve Defendants' responses and produce responsive documents for both sets of requests.

Please let us know if you have any objections.

Sincerely,
Alexandra




**From:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Sent:** Friday, April 11, 2025 12:31 PM
**To:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>; Luis R.Pérez Giusti <lpg@amgprlaw.com>
**Subject:** Discovery requests for Salomon Abadi and Joel Bender

Good afternoon Alexandra and Luis,

Please see the attached.

Saludos,

Jane

2



PO Box 9023914
San Juan, PR 00902-3914
Cel: (787) 585-3824
Office (787) 945-2406
E-mail: jbw@beckervissepo.com
Web: beckervissepo.com

WARNING: This message is intended only for the use of the addressee and may contain information which is privileged, proprietary in nature, or otherwise protected by law from disclosure. If you are not the addressee, you are notified that reading, copying or distributing this message is prohibited.

3

**Elsie García**

---

**From:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Sent:** Thursday, May 22, 2025 4:29 PM
**To:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>; Eric Pérez-Ochoa <epo@amgprlaw.com>
**Cc:** jp@vissepolaw.com
**Subject:** Response to Offer of Judgment and Discovery Answers

| Caution! This message was sent from outside your organization. | Allow sender \| Block sender \| Report |
|---|---|

# BECKER|VISSEPÓ

PO Box 9023914
San Juan, PR 00902-3914
Cel: (787) 585-3824
Office (787) 945-2406
E-mail: jbw@beckervissepo.com
Web: beckervissepo.com

WARNING: This message is intended only for the use of the addressee and may contain information which is privileged, proprietary in nature, or otherwise protected by law from disclosure. If you are not the addressee, you are notified that reading, copying or distributing this message is prohibited.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WE, LLC d/b/a WILD ENCANTOS<br><br>**Plaintiffs**<br><br>vs.<br><br>CARIBBEAN RETAIL VENTURES, INC. et als<br><br>**Defendants** | Case No. 3:24-cv-0l185 (CVR)<br><br>RE: Copyright Infringement<br><br>Jury Trial is Demanded. |

## ANSWER TO CO-DEFENDANTS FIRST SET OF INTERROGATORRIES
## AND REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:** Caribbean Retail Ventures, Inc.; Salvador Abadi, his spouse, and their conjugal partnership; Joel Bender his spouse, and their conjugal partnership
**Defendants**

**FROM:** P/C: Luis Perez Giusti, Esq.
Alexandra Casellas Cabrera, Esq.

WE, LLC d/b/a WILD ENCANTOS
**Plaintifrs**
P/C: Jane Becker Whitaker, Esq.

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs, WE, LLC d/b/a "Wild Encantos", hereby responds to Co-Defendants, Caribbean Retail Ventures, Inc.; Salvador Abadi, his spouse, and their conjugal partnership; Joel Bender his spouse, and their conjugal partnership, First set of interrogatories as follows:

### I. RESERVATION OF RIGHTS

1.  By responding to any interrogatory, Plaintiff does not concede the materiality of the subject to which it refers. Plaintiffs responses are made expressly subject to, and without waiving or intending to waive, any questions or objections as to the competency, relevancy, materiality, privilege, or admissibility as evidence or for any other purpose of any of the information or response produced, or the subject matter thereof, in any proceeding, including the trial of this action or any subsequent proceeding.

2.  Inadvertent production of document or information which is privileged, was prepared in anticipation of litigation, or is otherwise immune from discovery shall not

constitute a waiver of any privilege or of any other ground for objecting to discovery with respect to that document or any other document, or the subject matter thereof, or the information contained therein, or of Plaintiffs right to object to the use of any such document or the information contained therein during any proceeding in this litigation or otherwise.

3. Plaintiff herein reserves its right to supplement its responses and objections to the interrogatories.

## II. RESPONSES TO INTERROGATORIES

1. <u>Person Answering Interrogatory:</u>

   a) Angel Edgardo Rodriguez Miranda
   b) 1225 Ave. Ponce De Leon, Suite 1102, San Juan, PR 00907
   c) Media Personality & businessperson
   d) President.

2. WE, LLC d/b/a Wild Encantos
   **Date of Creation and Incorporation:** June 15, 2017
   **Registration Num.:** 396622
   **Business Reason:** any legal business activity.

3. "Plush Toy Coqui" & "Plush Toy Parrot"

   a) **Date of Origination:** June 22, 2001
   b) **Derivation of Design:** Original work
   c) **Person who participated:** Michael Tian
   d) **Persons with knowledge:** Malik Benin

   ------------------------------------------------------------

4. <u>Chain of Title of Copyrights</u>

   a) **Name and information of prior owner:** Coquico, Inc.
   b) **Date and manner of transfer:** Court Marshall sale on July 16, 2014
   c) **Description of Rights transferred:** any and all rights.
   d) **All involved on transfers:** Coquico, Inc., to Angel Edgardo Rodriguez Miranda to WE, LLC
   e) **Related Documents in transfer:** Auction Record

   ...............................................................---

5. <u>Each "Plush Toy Parrot" variation or modification</u>

   a)  **Name:** TATA
   b)  **Model Num.:** UPC Num. 611138663236

2

  c) **Date of Publication:** June 22, 200I
  d) **Copyright Registration:** VA000I138520

6. <u>Each "Plush Toy Cogui" variation or modification</u>

  a) **Name:** COMUN
  b) **Model Num.:** UPC Num. 611138663212
  c) **Date of Publication:** June 22, 2001
  d) **Copyright Registration:** VA000l075653

7. **Original elements of "Plush Toy Coqui" & "Plush Toy Parrot" protected by Copyright are:**

The Coqui and Puerto Rican parrot plush toys produced by Wild Encantos are protected under copyright as original character designs. These designs follow a specific and recognizable pattern that includes:

•   Representation of native Puerto Rican species: the coqui and the Puerto Rican parrot (Amazona vittata);

•   Use of the Puerto Rican flag and the word "Puerto Rico" in all designs;

•   Distinct color schemes faithful to each species;

•   Coqui: lighter-colored belly, contrasting-colored feet, and plastic eyes;

•   Parrot: green body, blue wings, red crest, and yellow beak, and plastic eyes with white border.

•   Stylized proportions, positioning, and stitching that are unique to Wild Encantos.

These toys replicate all of these signature features without variation, including identical color placement, material use, and the visual structure established by Wild Encantos. These elements are not generic representations but rather specific creative expressions.

3

8.  **Identify elements of PlaintifPs "Plush Toy Coqui" & "Plush Toy Parrot" that are similar Defendant's "Plush Toy Coqui" & "Plush Toy Parrot":**

    See answer to paragraph Num. 7

9.  **Identify and describe all elements of the "Plush Toy Coqui" & "Plush Toy Parrot" that are protectable trade dress:**

    The toy(s) configurations, the features, colors, presentation and their overall combination, including non-functionality and its source.

10. **Defendant have violated the Lanham Act by:** causing confusion deceiving the public through packaging, product design and color of plaintiffs products causing consumers to be confused by associating their product to Plaintiffs trade dress and source.

11. **Applied for Trade dress Registration:**

    No.

12. **Loss of Sales by defendants acts:**

    Yes, and has prevented future growth of products. We had One hundred and thirty-one (131) clients, which has been reduced to forty-two (42) at the present.

13. **First Sale:**

    On or about June 24, 2017.

14. **Other Sellers**

    Coquico, Inc. through Malik Benin.

    Refer to the following cases in the US District Court for Puerto Rico 07-1432 (JP)/ 10-1557 (JAF)

15. **Locations sold 2020-2024:**

    At one time we had one hundred and thirty-one (131) clients, which include;

4

    -Over twenty (20) Walgreens in Puerto Rico and gift stores in tourist areas.

16. **Distributors:**

   Walgreens and souvenir stores through verbal contracts.

17. **Instances of Actual confusion:**

   Multiple on weekly basis through phone calls and personal encounters.

18. **Promotional Activities:**

   In store Displays and Promotional gifts at conventions/events.

19. **Target customers**

   Children, tourist and Puertorrican all over the world.

20. **Surveys:**

   None.

21. **Collected of Media**

   None.

22. **Retail price:**

   Plush Toy Coqui" ($12.99) / "Plush Toy Parrot" ($13.50)

23. **Other infringing parties:**

   MRJ Distributors, inc.

24. **Legal Authority**

   US Copyright Act.

The remaining interrogatories are objected as they violate Rule 26 of the Federal Rules of Civil Procedure.

Pursuant to the Federal Rules of Civil Procedure, Plaintiff's, WE, LLC d/b/a "Wild Encantos", hereby responds to Co-Defendants, Caribbean Retail Ventures, Inc.; Salvador Abadi, his spouse, and their conjugal partnership; Joel Bender his spouse, and their conjugal partnership, Request to Production of Documents. Furthermore, Plaintiff reserves the right to supplement its responses and objections to the documents herein.

## I. RESPONSES

**1.** <u>Documents</u>

(a) U.S. Copyright Certificate of Recordation for "Plush Toy Coqui" and "Plush Toy Parrot";

(b) Assignments of Copyright to Angel Edgardo Rodriguez Mirando and WE, LLC to "Plush Toy Coqui" and "Plush Toy Parrot";

(c) Auction Records; and

(d) "Plush Toy Coqui" and "Plush Toy Parrot"

**2.** We do not have those documents.

**3.** We do not have those documents.

**4.** Objection. This request is protect by the attorney client privilege.

**5.** Objection. This request is protect by the attorney client privilege.

**6.** See answer to paragraph number one (1).

**7.** See answer to paragraph number one (1).

**8.** We have not yet announced an expert witness. However, we reserve the right to do so further into the proceedings.

**9.** See answer to paragraph number eight (8).

**10.** Please see attached Auction Record.

**11.** It was all verbal.

**12.** Objection as this is too broad and overly burdensome.

**13.** Thera are no documents as the trade dress is unregistered.

**14.** Give samples and promotional events.

**15.** Available at our offices.

6

**16.** None.

**17.** None to date.

**18.** All verbal.

**19.** Available at our office.

**20.** See answer to paragraph number eight (8).

**21.** Commenced Civil Actions against infringers.

**22.** Available at our office.

**23.** Available at our office.

**24.** Available at our office.

**25.** Available at our office.

**26.** Available at our office.

**27.** Available at our office.

**28.** Available at our office.

**29.** Objection. This request is irrelevant to the case.

**30.** See answer to paragraph number eight (8).

**31.** We have not decided what documents we will use at trial as of this date. However, we reserve the right to do so further into the proceedings.

**32.** Objection as overly burdensome.

**VERIFICATION**

1) I, Angel Edgardo Rodriguez Miranda, am authorized to verify this response on behalf of WE, LLC d/b/a Wild Encantos, the plaintiff in the above captioned civil of action.

2) I am the officer WE, LLC d/b/a Wild Encantos authorized to answer these interrogatories.

3) I have read the Answer to the First Set of Interrogatories and Request for Production of Documents directed to WE, LLC d/b/a Wild Encantos. I am familiar with its contents, and I declare under penalty of perjury that the foregoing is true and correct.

In San Juan, Puerto Rico on May 20, 2025.

S/
Angel Edgardo Rodriguez Miranda
*in capacity of authorized officer*
*of WE, LLC d/b/a Wild Encantos*