**Elsie García**                                                                                              EXHIBIT D

| | |
|---|---|
| **From:** | Alexandra Casellas-Cabrera |
| **Sent:** | Tuesday, July 15, 2025 5:07 PM |
| **To:** | Jane Becker Whitaker |
| **Cc:** | Luis R.Pérez Giusti; Elsie García |
| **Subject:** | RE: Follow up on subpoenas |

Dear Jane,

    We have discussed the proposed subpoena internally and with our client and, for the reasons previously stated, we cannot agree. Even if limited to the manufacturer and plush toys, it would not identify the specific products contained in each shipment, which in turn would create an unnecessary burden on Defendants to demonstrate which orders do or do not relate to the plush toys in controversy. As previously explained, CRV has purchased and sold multiple unrelated plush toy designs for various seasonal sales particularly Easter and San Valentines containing multiple models of plush toys, that have no bearing on the claims here. The relevant transactions are already clearly reflected in the three purchase orders at issue which have already been produced (HP PO 5830, 5408, and 6313) along with all complementary materials requested.

    That said, if there is an alternative, narrower approach that would be less burdensome and more proportional to the needs of the case, we remain open to considering it in good faith. Alternatively, if Plaintiff wishes to seek a court order on this issue, Defendants will respond in due course.

    With respect to the documents related to the 2007 Coquico litigation, we note your point about procurement from federal archives. However, given the direct connection to Plaintiff's claims and the fact that WE, LLC's authorized representative, Angel Rodriguez Miranda, was a defendant in that action and acquired the copyrights from Coquico (as you have stated in the discovery responses) we respectfully maintain that it would be more efficient for Plaintiff to produce any materials in its possession or readily accessible to it. Nonetheless, we'll request the materials directly, informing the Court that previous attempts have been surprisingly unsuccessful.

    Finally, regarding depositions, we do not believe our position on the subpoena "forestalls" any appropriate discovery. To date, we have not received any formal deposition notice for the Rule 30(b)(6) representative. Until we know the specific topics or areas of testimony that Plaintiff intends to cover, it is unreasonable to expect us to identify who would be designated and confirm that individual's availability. Once those topics are clarified, we remain willing to discuss reasonable dates for depositions in August.

Please let us know if you wish to propose a narrower discovery request that addresses these concerns.

Best,
Alexandra

Alexandra Casellas-Cabrera
Special Counsel




208 Ponce de León Ave.
Suite 1600
San Juan, P.R. 00918

acasellas@amgprlaw.com
adsuarlaw.com
787.281.1816

---

**From:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Sent:** Tuesday, July 15, 2025 2:01 PM

**To:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>
**Cc:** Luis R.Pérez Giusti <lpg@amgprlaw.com>; Elsie García <EGarcia@amgprlaw.com>
**Subject:** Re: Follow up on subpoenas

Caution! This message was sent from outside your organization.　　　　Allow sender | Block sender | Report

Good afternoon,

I honestly cannot see how piggybacking on my Rule 26 conference gives you the right to forestall discovery of relevant evidence and scheduling depositions. The documents related to the 2007 litigation, that is, the exhibits that the opposing party filed, are not in WE,LLC's possession, and it would be just as easy for Defendants to procure them from the federal government archives as for WE, LLC to do so.

For these reasons, if we do not have an answer as to a suggested more narrow subpoena to the Customs that would be acceptable to Defendants and proposed deposition dates for August, Plaintiff will have no other option than to file a motion to compel.

Sincerely yours,

Jane Becker Whitaker

---

**From:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>
**Sent:** Tuesday, July 8, 2025 2:14 PM
**To:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Cc:** Luis R.Pérez Giusti <lpg@amgprlaw.com>; Elsie García <EGarcia@amgprlaw.com>
**Subject:** RE: Follow up on subpoenas

Jane,

　　Since we spoke last Monday, I've had a chance to discuss possible alternatives with Luis, but our client has been out on vacation and is expected back later this week. We would appreciate a few more days to confer internally and will circle back with you as soon as possible.

　　Additionally, while we are willing to entertain the idea of consenting to a more limited subpoena to U.S. Customs, we want to note that Defendants have already produced all evidence in their possession regarding the merchandise at issue. At the same time, Plaintiff still owes Defendants certain materials that have been requested since the start of discovery. In particular, we previously served a letter objecting to Plaintiff's deficient discovery responses as well as a supplemental request for production, which have now been pending for **over a month.** *See email attached.*

　　Before we can finalize our position on the proposed subpoena and deposition scheduling, we would appreciate an update on the status of Plaintiff's outstanding discovery responses.

　　Thank you for your cooperation, and I look forward to hearing from you soon.

Best,
Alexandra

Alexandra Casellas-Cabrera
Special Counsel




208 Ponce de León Ave.
Suite 1600
San Juan, P.R. 00918

acasellas@amgprlaw.com
adsuarlaw.com
787.281.1816

**From:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Sent:** Tuesday, July 8, 2025 12:49 PM
**To:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>; Luis R.Pérez Giusti <lpg@amgprlaw.com>
**Subject:** Follow up on subpoenas

Good morning, counsel,

Just a quick follow-up to ask if you have a proposal for a more limited subpoena production proposal that would be acceptable to your clients. Also, please provide dates in August for depositions.

Thanks,

Jane

**BECKER|VISSEPÓ**

PO Box 9023914
San Juan, PR 00902-3914
Cel: (787) 585-3824
Office (787) 945-2406
E-mail: jbw@beckervissepo.com
Web: beckervissepo.com

WARNING: This message is intended only for the use of the addressee and may contain information which is privileged, proprietary in nature, or otherwise protected by law from disclosure. If you are not the addressee, you are notified that reading, copying or distributing this message is prohibited.