**Elsie García**                                                    EXHIBIT E

---

| | |
|---|---|
| **From:** | Alexandra Casellas-Cabrera |
| **Sent:** | Thursday, July 24, 2025 2:58 PM |
| **To:** | Jane Becker Whitaker |
| **Cc:** | Luis R.Pérez Giusti; Elsie García |
| **Subject:** | RE: Follow up on discovery materials |

Dear counsel,

    We write to follow up yet again on our letters dated May 28 regarding Plaintiff's deficient responses to Defendants' First Set of Interrogatories and Requests for Production, and Plaintiff's complete failure to respond to Defendants' Second Set of Discovery Requests.

    To date, we have not received substantive response or proposal to cure these deficiencies. Well over 30 days have now passed since service of both matters, and our efforts to meet and confer have gone unanswered, we must inform you that we intend to file a motion to compel pursuant to Rule 37(a) unless we receive full responses by July 31st.

We remain available to meet and confer at your earliest convenience but cannot continue to delay our discovery efforts.

Sincerely,

Alexandra Casellas-Cabrera
Special Counsel




208 Ponce de León Ave.
Suite 1600
San Juan, P.R. 00918

acasellas@amgprlaw.com
adsuarlaw.com
787.281.1816