UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| WE, LLC d/b/a WILD ENCANTOS., <br><br> Plaintiff, <br><br> v. <br><br> CARIBBEAN RETAIL VENTURES, INC., SALOMON ABADI, Jane Doe, and their conjugal partnership; JOEL BENDER, Susan Roe, and their conjugal partnership <br><br> Defendants. | Civil No. 3:24-cv-01185 (CVR) <br><br> Re: Copyright Infringement |

## MOTION IN COMPLIANCE WITH ORDER

**TO THE HONORABLE COURT**:

**COMES NOW,** Plaintiff WE, LLC (hereinafter "Plaintiff" or "WE"), together with co-defendants Caribbean Retail Ventures, Inc. ("CRV"); Salomon Abadi, his spouse, and their conjugal partnership; and Joel Bender, his spouse, and their conjugal partnership (collectively, with CRV the "Defendants" and, jointly with Plaintiff the "Parties") submit the instant informative motion in compliance with the Court's August 26t Order at ECF No. 67:

1. On August 26, 2025, the Court entered an **Order at Docket 67** holding in abeyance Defendants' Motion to Compel (ECF No. 58), and directing the parties to meet and confer in good faith by September 9, 2025 in an effort to resolve the discovery disputes identified in that motion. The Court further directed that, in the unlikely event the parties could not resolve all issues, a joint motion was to be filed by September 12, 2025 identifying the disputes that remained.

2. In compliance with the Court's directive, counsel for Plaintiffs and Defendants met and conferred. The discussions were conducted in good faith and with the best intention of resolving the pending discovery controversies without Court intervention.

1

3. During these discussions, counsel for Plaintiffs agreed to confer with their client regarding the supplementation of certain document requests identified in Defendants' Motion to Compel. In turn, Defendants narrowed the scope of certain objections previously asserted, in an effort to ease discovery burdens and promote resolution of the disputes.

4. The parties have agreed that Plaintiff will address and, to the extent necessary, supplement its responses to Defendants' requests for production on or before October 3, 2025.

5. The parties will continue to cooperate and work diligently to resolve any remaining disputes without burdening the Court. At this time, the parties believe that their ongoing efforts may resolve the issues identified in ECF No. 58.

**WHEREFORE**, the parties respectfully notify the Court of their compliance with the Order at ECF No. 67, advise of their good-faith efforts to resolve the outstanding discovery disputes, and inform the Court that Plaintiff will provide supplemental responses by **October 3, 2025**. The parties remain committed to resolving these matters without Court intervention.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on this 12th day of September 2025.

| **Becker/Vissepó**<br>*Counsel for Plaintiff*<br>PO box 9023914<br>San Juan, Puerto Rico 00902-3914<br>Tel: 787-585-3824<br><br>*/s/ Jane Becker Whitaker*<br>JANE BECKER WHITAKER<br>janebeckerwhitaker@gmail.com<br><br>*/s/ Jean Paul Vissepó Garriga*<br>JEAN PAUL VISSEPÓ GARRIGA<br>USDC-PR No. 221504<br>Email: jp@vissepolaw.com | **ADSUAR**<br>*Counsel for the Defendants*<br>P.O. Box 70294<br>San Juan, PR 00936-8294<br>Tel.: 787.756.9000/Fax: 787.756.9010<br><br>*/s/Luis Perez-Giusti*<br>LUIS PEREZ GIUSTI<br>USDC-PR No. 208608<br>lpg@amgprlaw.com<br><br>*/s/ Alexandra Casellas-Cabrera*<br>ALEXANDRA CASELLAS-CABRERA<br>USDC-PR No. 205110<br>acasellas@amgprlaw.com |