# EXHIBIT A

## Side-by-Side Comparison of Lanham Act Allegations

*(MRJ Distributors Complaint vs. CRV Amended Complaint)*

| MRJ Distributors Complaint ECF No. 1 | CRV Amended Complaint ECF No. 42 | Comparison |
|---|---|---|
| ¶¶ 48–57: Lists stitching, pose, color combination, flag placement, and dimensions of Coquí plush toy as protectable elements. | ¶¶ 29–39: Lists stitching, pose, color combination, flag placement, and dimensions of Coquí plush toy as protectable elements. | Same elements, same order, same theory. |
| ¶¶ 61–63: Describes Puerto Rican parrot plush toy coloration, purposeful design choices, and alleged copying of look, feel, and sound. | ¶¶ 25–28: Describes Puerto Rican parrot plush toy coloration, purposeful design choices, and alleged copying of look and feel. | Same factual narrative. |
| ¶ 96: Plaintiff's copyrighted properties have acquired a "secondary and distinctive meaning," and the public identifies them with Wild Encantos. | ¶ 66: Plaintiff's copyrighted properties have acquired a "secondary and distinctive meaning," and the public identifies them with Wild Encantos. | Verbatim repetition. |
| ¶ 97: Unauthorized plush toys "duplicate and appropriate the likeness" of Plaintiff's copyrighted properties, causing confusion as to authorization or sponsorship. | ¶ 67: Unauthorized plush toys "duplicate and appropriate the likeness" of Plaintiff's copyrighted properties, causing confusion as to authorization or sponsorship. | Verbatim repetition. |
| ¶ 98: Unauthorized products "will dilute the goodwill and reputation" of Plaintiff. | ¶ 68: Unauthorized products "will dilute the goodwill and reputation" of Plaintiff. | Verbatim repetition. |
| ¶ 99: Unauthorized products are of inferior quality and "further dilute the goodwill and reputation" of Plaintiffs. | ¶ 69: Unauthorized, inferior products "further dilute the goodwill and reputation" of Plaintiffs. | Verbatim repetition. |
| ¶ 100: Defendants misappropriate the likenesses of Plaintiff's copyrighted properties and "misrepresent and | ¶ 70: Defendants misappropriate the likenesses of Plaintiff's copyrighted properties and "misrepresent and | Verbatim repetition. |

| **MRJ Distributors Complaint ECF No. 1** | **CRV Amended Complaint ECF No. 42** | **Comparison** |
|---|---|---|
| falsely describe" the origin and sponsorship of their products. | falsely describe" the origin and sponsorship of their products. | |
| ¶ 101: Defendants placed products in interstate commerce knowing the falsity of the origin and description. | ¶ 71: Defendants placed products in interstate commerce knowing the falsity of the origin and description. | Verbatim repetition. |
| ¶ 102: "These acts constitute a violation of Section 43 of the Lanham Act." | ¶ 72: "These acts constitute a violation of Section 43 of the Lanham Act." | Verbatim repetition. |
| ¶ 103: Continued use causes irreparable injury; Plaintiff has no adequate legal remedy. | ¶ 73: Continued use causes irreparable injury; Plaintiff has no adequate legal remedy. | Verbatim repetition. |
| ¶ 104: Defendants obtained gains, profits, and advantages from their acts. | ¶ 74: Defendants obtained gains, profits, and advantages from their acts. | Verbatim repetition. |
| ¶ 105: Plaintiff suffered monetary damages as a result. | ¶ 75: Plaintiff suffered monetary damages as a result. | Verbatim repetition. |