EXHIBIT A

# Elsie García

| | |
|---|---|
| **From:** | Alexandra Casellas-Cabrera |
| **Sent:** | Friday, September 12, 2025 9:13 AM |
| **To:** | Jane Becker Whitaker |
| **Cc:** | Elsie García; Luis R.Pérez Giusti |
| **Subject:** | WE v. CRV_Discovery/Meet and Confer |
| **Attachments:** | Motion in Compliance with Order_Meet and Confer.docx |

Jane,

Good morning. Below some notes on our meet and confer requests.

**Interrogatory No. 3**: Respond to 3(b) and (c) whether there have been derivations of the design and who participated in the selection/design of that derivation.
**Interrogatory No. 4**: narrative of how the transfers occurred, including transfer to WE plus supporting documents. If all have been provided, state so.
**Interrogatory No. 10 and 17**: include factual details of events of consumer confusion/misrepresentation (who, when, what, who has information on this matter)
**Interrogatory no. 12**: quantification of revenue or dollar value of alleged losses. Provide supporting evidence and confirm that the period of information provided is 2020-2024.
**Interrogatory No. 13:** state whether the provided date applies to both designs.
**Interrogatory No. 15:** state specific stores where the products was sols and clarify whether those stores are points of sales specifically during 2020-2024.
**Interrogatory No. 16:** just state tat distribution is though WE to the point of sale
**Interrogatory No. 14**: designs were previously sold by Coquico, includes where were these sold.
**Interrogatory No. 22:** state whether there were any pricing changes during 2022-2024? Clarify if the push toys were sold at same price point at every location.
**Interrogatory No. 23:** state what action was taken against MRJ Distributors, Inc. plus supporting documentation.
**Interrogatory No. 24**: include narrative with factual details in response, example: dates of alleged infringement, descriptions of the plush toys at issue, circumstances showing Defendants' products infringe, and supporting documents example, photos of WE's products/comparison.
**RPD No. 4-5:** include privilege log if documents are being withheld due to privilege, or state that no responsive documents exists.
**RPD No. 2-3**: documents involve sketches/design prototypes, there should be evidence from WE's manufacturer. If there are none, please state so.
**RPD No. 6-7**: if there is nothing else then the documents already provided, please state so.
**RPD No. 10**: produce all documents involving transfers from COQUICO and  assignment or transfer **documents/communications** to WE. If all have been provided please state so.
**RPD No. 11:** confirm whether no other documents exist.
**RPD No. 12**: sales records produce spreadsheets or digital evidence involving sales of the products from 2020-2024.
**RPD No. 14**: produce evidence in digital, if none exist please state so.
**RPD No. 18**: if there are no written documents, please state so.
**RPD No. 21**: produce documents involving case against MRJ Distributors including communications to said entity on infringement.
**RPD Nos. 15, 19, 22–28:** most of the materials requested are traditionally in electronic format, if there is a claim that production is burdensome, please explain basis.

    Additionally, we did not get a chance to discuss the second discovery requests, on the Coquico case documents. I understand that you entered the case after the requested documents were filed. We do, however, insist on plaintiff

answering the requests stating that the documents are not within its possession (if that is the case) and responding to RPD No. 35 accordingly.

As discussed, I am also circulating a draft of the joint motion to be filed today in compliance with the Court's Order at Dkt. 67. I have also included a proposed date of October 3, 2025, for Plaintiff to respond and/or supplement accordingly. Please review at your earliest convenience and feel free to make any adjustments or provide suggested edits so we can finalize and file today.

Best regards,

Alexandra Casellas-Cabrera
Special Counsel




208 Ponce de León Ave.
Suite 1600
San Juan, P.R. 00918

acasellas@amgprlaw.com
adsuarlaw.com
787.281.1816

2