**Elsie García**                                                          **EXHIBIT B**

| | |
|---|---|
| **From:** | Alexandra Casellas-Cabrera |
| **Sent:** | Friday, February 6, 2026 11:17 AM |
| **To:** | Elsie García |
| **Subject:** | FW: Supplemental discovery production |




**From:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Sent:** Friday, October 3, 2025 3:39 PM
**To:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>; Luis R.Pérez Giusti <lpg@amgprlaw.com>
**Subject:** Supplemental discovery production

Caution! This message was sent from outside your organization.     Allow sender | Block sender | Report

Good afternoon,

I was thrown for a loop this week by a preliminary injunction hearing, and I have not been able to complete our supplemental production. I would appreciate it if you could grant me until October 7 to send the supplement.

Thanks in advance,

Jane

**BECKER|VISSEPÓ**

PO Box 9023914
San Juan, PR 00902-3914
Cel: (787) 585-3824
Office (787) 945-2406
E-mail: jbw@beckervissepo.com
Web: beckervissepo.com

WARNING: This message is intended only for the use of the addressee and may contain information which is privileged, proprietary in nature, or otherwise protected by law from disclosure. If you are not the addressee, you are notified that reading, copying or distributing this message is prohibited.

**Elsie García**

**From:** Alexandra Casellas-Cabrera
**Sent:** Friday, February 6, 2026 11:18 AM
**To:** Elsie García
**Subject:** FW: WE v. CRV - Depositions

 

**From:** Alexandra Casellas-Cabrera
**Sent:** Thursday, October 9, 2025 12:24 PM
**To:** 'Jane Becker Whitaker' <jbw@beckervissepo.com>
**Subject:** WE v. CRV - Depositions

Jane,
El señor Bender está disponible el 17, 18, 20 y 21 de noviembre. Eso es lo mas cercano a la fecha que pudimos conseguir. Déjame saber si es hábil para ustedes. Quedo en espera también de la disponibilidad de su cliente para la deposición corporativa.

Por último, sé que sales de viaje, pero me gustaría tener una fecha cierta para la suplementación del descubrimiento. Déjame saber para cuándo podríamos esperar esos documentos.

Saludos,
Alexandra

1

# Elsie García

**From:** Alexandra Casellas-Cabrera
**Sent:** Friday, February 6, 2026 11:18 AM
**To:** Elsie García
**Subject:** FW: Deposition scheduling

 

**From:** Alexandra Casellas-Cabrera <acasellas@amgprlaw.com>
**Sent:** Thursday, October 16, 2025 9:42 AM
**To:** Jane Becker Whitaker <jbw@beckervissepo.com>
**Cc:** Jean Paul Vissepo <jp@vissepolaw.com>; Luis R.Pérez Giusti <lpg@amgprlaw.com>
**Subject:** RE: Deposition scheduling

Jane,

    I have reserved November 21 for Mr. Bender's deposition.

    Kindly confirm when will WE's representative be available for his deposition and advise when we can expect the pending discovery materials.

    Best,
-A

 

1