UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| WE, LLC d/b/a WILD ENCANTOS., | Civil No. 3:24-cv-01185 (CVR) |
| Plaintiff, | |
| v. | Re: Copyright Infringement |
| CARIBBEAN RETAIL VENTURES, INC., SALOMON ABADI, Jane Doe, and their conjugal partnership; JOEL BENDER, Susan Roe, and their conjugal partnership | |
| Defendants. | |

**INFORMATIVE MOTION AS TO COMPLIANCE WITH ORDER TO COMPEL**

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff, WE, LLC, through undersigned counsel, and very respectfully state and pray:

1. This Court's Order to Compel at Docket 75 refers to Defendants' Exhibit B, which is an email exchange regarding scheduling. Exhibit A to Defendants' Motion to Compel contains the summary of counsel's discussions. Plaintiff has supplemented the responses to that summary both in terms of the Answers to the Interrogatories and the production of documents.

2. Plaintiff further informs this Court that WE, LLC has requested all the files of the copyright registrations of both Tata the Puerto Rico parrot plush toy and the Coqui Comun plush toy from the U.S. Copyright Office, since WE, LLC was not involved in the creation or registration of the copyrights but rather in the creation of the niche market for these particular plush toys in Puerto Rico since the early 2000's.

**WHEREFORE,** Plaintiff, WE, LLC very respectfully asks this Honorable Court to take

note of the above.

**DATED**: March 3, 2026

Respectfully Submitted in San Juan, Puerto Rico,


**Attorney for WE, LLC**
 **d/b/a "Wild Encantos";**

/S/Jane Becker Whitaker
  **JANE BECKER WHITAKER**
   USDC-PR No. 205110

VIG Tower, 1225 Ave. Ponce De León
Suite 1102
San Juan, PR 00907
Tel. (787) 585-3824 / E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

**I HEREBY CERTIFY** that I have filed this pleading with the Court's ecf system, which

system will notify all counsel of record.

/S/Jane Becker Whitaker

2