| | |
|---|---|
| WE, LLC d/b/a WILD ENCANTOS., | Civil No. 3:24-cv-01185 (CVR) |
| Plaintiff, | |
| v. | Re: Copyright Infringement |
| CARIBBEAN RETAIL VENTURES, INC., SALOMON ABADI, Jane Doe, and their conjugal partnership; JOEL BENDER, Susan Roe, and their conjugal partnership | |
| Defendants. | |

**MOTION WAIVING ACTUAL DAMAGES**

**TO THE HONORABLE COURT:**

**COMES NOW** Plaintiff, WE, LLC, through undersigned counsel, and very respectfully state and pray:

1. As Plaintiff has informed Defendants' counsel on more than one occasion, in writing, Plaintiff is not pursuing actual damages against Defendants, instead Plaintiff will be seeking statutory damages, as Congress provided for cases such as this, where Defendants have infringed, but the economic circumstances of the factual situation do not warrant a finding of actual damages.

2. Here, Defendants began to infringe in 2020, in the midst of the pandemic, when retail sales were very low. Retail sales rebounded after 2022, making the causal link between Defendants' infringements and Plaintiff's sales difficult to correlate. Congress understood that actual sales measure could be tenuous, and the Supreme Court has held that "[e]ven for uninjurious and unprofitable

invasions of copyright the court may, if it deems just, impose a liability within statutory limits to sanction and vindicate the statutory policy." Such is the case herein, where Defendants continue to seek sales revenues and associated information, despite Wild Encantos waiving its claim of actual damages.

**WHEREFORE,** Plaintiff, WE, LLC very respectfully asks this Honorable Court to take note of the above.

**DATED**: March 10, 2026

Respectfully Submitted in San Juan, Puerto Rico,


**Attorney for WE, LLC**
 **d/b/a "Wild Encantos";**

/S/Jane Becker Whitaker
  **JANE BECKER WHITAKER**
   USDC-PR No. 205110

VIG Tower, 1225 Ave. Ponce De León
Suite 1102
San Juan, PR 00907
Tel. (787) 585-3824 / E-mail: jbw@beckervissepo.com
janebeckerwhitaker@gmail.com

**I HEREBY CERTIFY** that I have filed this pleading with the Court's ecf system, which system will notify all counsel of record.

/S/Jane Becker Whitaker