# EXHIBIT 1

Docusign Envelope ID: 59E35F2F-F20D-8D41-8102-5571C67F7A90

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

WE, LLC d/b/a WILD ENCANTOS.,

Plaintiff,

v.

CARIBBEAN RETAIL VENTURES, INC.,
SALOMON ABADI, Jane Doe, and their
conjugal partnership; JOEL BENDER, Susan
Roe, and their conjugal partnership

Defendants.

Civil No. 3:24-cv-01185 (CVR)

Re: Copyright Infringement

**DECLARATION UNDER PENALTY OF PERJURY AS TO DISCOVERY
REQUESTS**

I, Angel Edgardo Rodriguez Miranda, make the following statement under penalty of perjury this 10th day of March 2026:

1. Wild Encantos has over the years received samples of products it has asked its manufacturer to make. Wild Encantos does not maintain of copy of those samples. As for the prototypes sent to the copyright office, Wild Encantos did not send them.

2. Aside from Carlos Padilla, who sent me the enclosed photos of the pirated goods for sale at Allways 99 on March 20, 2024, I do not know the exact dates other people on the list called me with their concerns about those plush toys looking very similar to those of Wild Encantos.

3. Wild Encantos' marketing consists of its website and Facebook page. We do not have a catalog other than the products tab on the website; we do not distribute flyers; and we do post on Facebook.

Signed by:

_____
Angel Edgardo Rodriguez Miranda