

Case 3:24-cv-01185-GMR    Document 92-6    Filed 04/22/26    Page 1 of 5    Exhibit 6







