**Exhibit 7**







