



CRV Supplemental Initial Disclosures - #0076

Case 3:24-cv-01185-CVR    Document 92-10    Filed 04/22/26    Page 3 of 7

ENCANTOS

## Large Coquí Plush (Musical) | Peluche Coquí Grande (Musical)

$14.95 ~~$20.00~~
Taxes included.

Pay over time for orders over $35.00 with ▢▢▢ Learn more

−  1  +       🛒 Add to cart

Buy with shop

More payment options

**Plush Toy with Authentic Sound – Puerto Rico Souvenir**
Bring home the magic of Puerto Rico with this adorable Coquí plush toy! Designed to capture the charm of the island's beloved tree frog, this soft and cuddly plush makes the perfect gift or keepsake. With its gentle squeeze, it plays the authentic "Coquí" sound, transporting you to the lush forests of El Yunque.

Whether you're decorating your space, surprising a loved one, or commemorating your trip, this plush Coquí is a heartwarming reminder of Puerto Rican culture and nature. Compact, lightweight, and full of Island spirit—it's a favorite among travelers and locals alike.

**Features:**
- Authentic coquí sound when pressed
- Super-soft plush material for maximum cuddles
- Detailed design inspired by the native Coquí frog
- Perfect for all ages
- Ideal gift or souvenir from Puerto Rico

**Peluchito de Coquí con Sonido Real – Recuerdo de Puerto Rico**
¡Llévate a casa un pedacito de Puerto Rico con este hermoso peluche del Coquí! Suave, adorable y lleno del encanto boricua, este peluche reproduce el sonido auténtico del coquí al presionarlo. Transpórtate en segundos a los bosques tropicales de El Yunque.

Perfecto como recuerdo especial o para añadir un toque auténtico a tu hogar, este coquí de peluche es un símbolo de la identidad y cultura puertorriqueña. Ligero, compacto y lleno de espíritu, ¡será un favorito de turistas y boricuas por igual.

**Características:**
- Sonido auténtico del coquí al apretarlo
- Material ultra suave
- Diseño inspirado en el coquí nativo
- Apto para todas las edades
- Regalo o recuerdo perfecto de Puerto Rico

♡                    ⊘
Made with care      Great value

👕                    ⛉

CRV Supplemental Initial Disclosures - #0077



CRV Supplemental Initial Disclosures - #0078



CRV Supplemental Initial Disclosures - #0079

Case 3:24-cv-01185-CVR    Document 92-10    Filed 04/22/26    Page 6 of 7



CRV Supplemental Initial Disclosures - #0080



CRV Supplemental Initial Disclosures - #0081