

## COPYRIGHT ASSIGNMENT

WREREAS, Angel Rodriguez Miranda having an address at Calle Alcanfor 494 Ciudad Jardin 3 Toa Alta, PR 00953 (hereinafter termed Owner is the owner original works of authorship fixed in a tangible medium of expression (hereinafter termed WORKS), namely the following materials:



A. "Comun by Coquico" Copyright number VA0001075653

B. "Coquico: We Sing" Copyright numbers TX0005550274;TX0005535397

C. "Musical plush toy frog named 'Comun' A commissioned work for Coquico, Inc. by Michael Tian Copyright number V3473D525

D. "Rufus/by Coquico, Inc. Copyright number VA0001138519

E. "Tata/by Coquico, Inc. Copyright number VA0001138520.

WHEREAS, WE, LLC (hereinafter termed ASSIGNEE), having an address at 416 Ponce de Leon, PHA, is desirous of acquiring the entire right, title, and interest in and to said WORKS and in and to any copyrights thereon arising and/or granted in the United States and foreign countries;

NOW, THEREFORE, for other goods and valuable consideration received by said Owner from said ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged by said AUTHOR,

1.    Owner does hereby sell, assign, transfer, and convey unto ASSIGNEE, the entire right, title, and interest in and to said WORKS and in and to any and all copyrights on said WORKS that may arise and/or may be granted in the United States



and any foreign country, and including each and every derivative WORK arising from said WORKS anywhere around the WORLD.

2.    Owner does hereby covenant and agree to cooperate with ASSIGNEE whereby ASSIGNEE may enjoy to the fullest extent the right, title, and interest herein conveyed.  Such cooperation shall include:

a)    prompt execution of all papers (prepared at the expense of ASSIGNEE) which are deemed necessary or desirable by ASSIGNEE to perfect in it the right, title, and interest herein conveyed;

b)    prompt execution of all petitions, oaths, specifications, declarations, or other papers (prepared at the expense of ASSIGNEE) which are deemed necessary or desirable by ASSIGNEE for obtaining copyright registration in the United States and/or foreign countries covering said WORKS or works derived from said WORKS; and

c)    prompt assistance and cooperation in the prosecution of legal proceedings involving said WORKS or derivative works therefrom, said registrations granted thereon, including proceedings before any Copyright Office of the United States or any foreign country, and court actions, provided, however, that the expense which may be incurred by said Owner in lending such assistance and cooperation be paid by ASSIGNEE.

3.    The terms, covenants, and provisions of this assignment shall inure to the benefit of ASSIGNEE, its successors, assigns, and/or other legal representatives, and shall be binding upon said Owner, his respective heirs, legal representatives, and assigns.

4.    Owner warrants and represents that he has not entered into any assignment, contract, or understanding in conflict herewith. Owner shall at all times defend, indemnify and hold harmless ASSIGNEE and its members, employees, affiliates, attorneys, representatives, agents, licensees and distributors (collectively, the "Other Indemnitees") from and against any and all demands and/or claims by third parties and resulting damages, liabilities, losses, costs and expenses, including actual out-of-pocket legal expenses and reasonable counsel fees, arising out of any alleged breach or breach by Owner of any warranty, representation or agreement made herein, or pertaining to any act, error or omission committed by Owner or any person or entity acting on Owner 's behalf or under Owner's direction or control, which demand and/or claim has been settled or reduced to judgment by a court of competent jurisdiction. Owner will reimburse ASSIGNEE and the Other Indemnitees, on demand, for any payment made at any time after the date hereof in respect of any liability or claim for which ASSIGNEE or the Other Indemnitees are entitled to be indemnified.

5.    This instrument contains the entire and only agreement between the parties and supersedes all pre-existing agreements between them respecting its subject matter.  Any representation, promise, or condition in connection with said subject matter that is not incorporated in this agreement shall not be binding upon either party. No

modification, renewal, extension, and/or waiver of this agreement or any of its provisions shall be binding upon the party against whom enforcement of such modification, renewal, extension, or waiver is sought, unless made in writing and signed on behalf of such party by one in authority to do so.

IN WITNESS WHEREOF, the Owner has executed and delivered this instrument this 24 day of July 2017.

Angel Rodriguez Miranda

By: _____

Name: Angel Rodríguez Miranda

Title:   Owner of Intellectual Property