# EXHIBIT 1



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = comun by coqui
Search Results: Displaying 1 of 1 entries





Click here to return to the previous screen

***Comun by Coquico and 5 other titles.***

|  |  |
|---|---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V9949D797 |
| **Date of Recordation:** | 2017-08-09 |
| **Entire Copyright Document:** | V9949 D797 P1-9 |
| **Date of Execution:** | 7/16/14 |
| **Date of Certification:** | 08/09/2017 |
| **Title:** | Comun by Coquico and 5 other titles. |
| **Notes:** | Notice of sale. Civil No. 10-1557 (JAF) |
| **Party 1:** | Angel Rodriguez Miranda. |
| **Party 2:** | Coquico, Inc. |
| **Links:** | List of Titles |
| **Names:** | Miranda, Angel Rodriguez<br>Coquico, Inc. |

Save, Print and Email (Help Page)

Select Download Format  Full Record ▾  Format for Print/Save

Enter your email address: _____ Email