**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

INTAKE DROP BOX
RECEIVED & FILED

2014 AUG -8 AM 10: 17

CLERK'S OFFICE
DISTRICT COURT
SAN JUAN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Angel Rodriguez Miranda | 10-CV-001557 JAF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Coquico Inc | Notice of Sale |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

USMS

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

D/PR

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | *l* |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,* *All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                              Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 69 | No. 69 | | 07/02/2014 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address *(complete only different than shown above)* | Date 7/16/2014 | Time 1000 | ☐ am ☐ pm |
|---|---|---|---|
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $195 | N/A | N/A | $195 | | $0.00 |

REMARKS: Property sold to Mr. Angel Rodriguez in the Amount of $500. To be Credited to Case.

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

ASSET FORFEITURE
IN   Initials:_____
OUT Initials:_____

Form USM-285
Rev. 11/13

Item No._1_

# United States Marshals Service
## Return
(Sale of property to private)

Case no.: 10-CV-001557 (JAF)

      I, ____Daniel Cruz____, a duly sworn and authorized Deputy U.S. Marshal, does hereby certify and state, that I offered for sale in Public Auction, the property described in the Order/Notice of Sale or Writ of execution attached hereto and made part of this return as ordered by the United States District Court.

      Also, that said Notice of Sale was published as required and is supported by the accompanying Affidavit of Publication. Further, that the sale began at the hour of 10:00AM on the 16th day of July, 2014; when I offered for sale said property in Public Auction and that I received from Angel Rodriguez, in the amount of $ 500.00. Such amount was offered as the highest bid and that being the highest bid received, the sale was awarded to him.

      Marshal's fees, indicated below, will be deducted from the case deposit on hand or the proceeds of the sale, whichever is deemed appropriate, after confirmed by the Court.

## MARSHAL'S   FEES

| | |
|---|---|
| Highest Bid | $500.00 |
| 3% OF 1ST $1,000.00 | $0 |
| 1 ½ % of remaining balance | $0 |
| Execution of sale fee ( hours X $65.00) | $195.00 |
| Total Mileage (including endeavors)@ $0.325 | $0.00 |
| Tolls (including endeavors) | $0.00 |
| Other Expenses | $0.00 |
| Total | $195.00 |

This at San Juan, Puerto Rico on ___July 17, 2014___

Orlando Rivera
United States Marshal

By: _____
Deputy U.S. Marshal

# UNITED STATES MARSHALS SERVICE
## *JUDICIAL DISTRICT OF PUERTO RICO*

## JUDICIAL SALE - AUCTION RECORD

| | |
|---|---|
| Case Title: Angel Rodriguez-Miranda vs Coquico Inc, et al | Case number: CV: 10-CV-1557 |
| Date: July 16, 2014 | Time: 10:00AM |
| Location: San Juan, PR | Sale: (1st) (2nd) (3rd) |

Notice of Sale:   ( ) Read   (✓) Reading waived          Page 3 of 3

| RECORD OF ATTENDANCE | | | |
|---|---|---|---|
| Name (Printed) | Signature | Telephone | Address |
| 1) JANE BECKER | *signature* | 787 754-9191 | 416 Ponce de León PH A So Juan, PR 00918, |
| 2) ANGEl Rodriguez | *signature* | 787 810-9479 | Po Box 481, Toa Alta PR 00954 |
| 3) Andryd J. Flores | *signature* | 787 505-6278 | PO Box 481 Toa Alta PR 00954 |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |
| 9) | | | |
| 10) | | | |

**Record of Bidding**                                                          Minimum Bid:      <u>No minimum</u>

( 1 ) $ 500.00    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____

Highest Bid Received: $ 500    by: Angel Rodriquez

| US Marshal's Expenses | | |
|---|---|---|
| Service Fee | $ 65.00 @hourly | $ |
| Mileage | | $ |
| Tolls | | $ |
| Other | Parking, etc. | $ |
| Total | | $ |

By: _____
Deputy US Marshal

# UNITED STATES MARSHALS SERVICE
## JUDICIAL DISTRICT OF PUERTO RICO
## JUDICIAL SALE - AUCTION RECORD

Case Title: <u>USA vs</u> Angel Rodriguez vs. Coquico Inc    Case number: CV: 18-1557

Date: 7/09/2014    Time: 10:00

Location: San Juan, PR    Sale: (1st) (2nd) (3rd)

Notice of Sale:    ( ) Read    (✓) Reading waived    Page 2 of 3

| RECORD OF ATTENDANCE | | | |
|---|---|---|---|
| Name (Printed) | Signature | Telephone | Address |
| 1) Jane Becker | JCe | 754-9191 | 416 Ponce de Leon PHA |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |
| 9) | | | |
| 10) | | | |

**Record of Bidding**    Minimum Bid:    $.00  232547.48

( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____
( ) $_____    ( ) $_____    ( ) $_____    ( ) $_____

Highest Bid Received: $ NO BIDS    by: _____

| US Marshal's Expenses | | |
|---|---|---|
| Service Fee | $ 65.00 @hourly | $ 65.00 |
| Mileage | | $ |
| Tolls | | $ |
| Other | Parking, etc. | |
| Total | | $ 65.00 |

By: _____
Deputy US Marshal

# UNITED STATES MARSHALS SERVICE

## *JUDICIAL DISTRICT OF PUERTO RICO*

### JUDICIAL SALE - AUCTION RECORD

Case Title: **Angel Rodriguez** vs. **Cofesico, Inc**  Case Number: **11-1557**

Date:(M/D/Y) **7/02/14**  Time: **10:00** (AM) (PM)

Held at: **San Juan PR 00918**  Sale: **(1st)** (2nd) (3rd)

Notice of sale: ( ) Read  (✓) Reading waived  Page **1** of **3**

| RECORD OF ATTENDANCE | | | |
|---|---|---|---|
| Name (Printed) | Signature | Telephone | Address |
| 1) **Jane Becker** | **JC** | **754-9191** | **416 Ponce de Leon PHA San Juan, PR 00918** |
| 2) | | | |
| 3) | | | |
| 4) | | | |
| 5) | | | |
| 6) | | | |
| 7) | | | |
| 8) | | | |
| 9) | | | |
| 10) | | | |

**Record of Bidding**  Minimum Bid: $ **348 821.23**

( ) $_____  ( ) $_____  ( ) $_____  ( ) $_____
( ) $_____  ( ) $_____  ( ) $_____  ( ) $_____
( ) $_____  ( ) $_____  ( ) $_____  ( ) $_____
( ) $_____  ( ) $_____  ( ) $_____  ( ) $_____
( ) $_____  ( ) $_____  ( ) $_____  ( ) $_____

Highest Bid Received: $ **NO BIDS**  By: _____

## Marshal's Expenses

| | | |
|---|---|---|
| Service Fee | **$65** $55@hourly | $ **65.00** |
| Mileage | | $ |
| Tolls | | $ |
| Other | Parking, etc. | $ |
| Total | | $ **$65.00** |

By: _____
Deputy U.S. Marshal



Case 3:10-cv-01557-JAF   Document 98-23   Filed 08/08/12   Page 6 of 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RODRIGUEZ-MIRANDA,    *
                           *
        Plaintiff          *
                           *
    v.                     *        Civil No. 10-1557 (JAF)
                           *
COQUICO, INC., ET AL.,     *
                           *
        Defendants         *
                           *
*************************

**WRIT OF EXECUTION OF JUDGMENT**

THE UNITED STATES OF AMERICA        )
THE PRESIDENT OF THE UNITED STATES )      SS
THE COMMONWEALTH OF PUERTO RICO     )

TO THE SPECIAL MASTER and/or UNITED STATES MARSHAL:

The Honorable José Antonio Fusté, United States District Judge, entered an Order for Execution of Judgment in this case dated September 19, 2011, (Docket No. 87) granting Plaintiff's Motion for Execution of Judgment, which read as follows:

**O R D E R**

On July 27, 2011, a jury awarded $348,821.23 in favor of Angel Rodríguez-Miranda and against Coquico, Inc. (Docket No. 76.)

Before this court is now Plaintiff's Motion for Issuance of Writs of Execution on jury award in favor of Plaintiff. Since the Judgment is final, the court grants Plaintiff's Motion for Issuance of Writ of Execution on Jury Award.

Accordingly, the Clerk of the Court is hereby ordered to issue writs of execution for Coquico, Inc., in the context of this case, with respect to the judgment entered in favor of Plaintiff as follows:

Civil No. 10-1557 (JAF)

> 1. Against Defendant Coquico, Inc., in the amount of $348,821.23 for the jury award, plus legal interest accrued on that principal amount at the rate of .11% per annum in accordance with 28 U.S.C. 1961, from the date of the entry of judgment until final satisfaction thereof.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 19th day of September, 2011.

> s/José Antonio Fusté
> JOSE ANTONIO FUSTE
> United States District Judge

**THEREFORE** you Special Master and/or United States Marshal, are requested to proceed with Order for Execution of Judgment entered on September 19, 2011, in accordance with its terms and applicable law, which is literary transcribe above.

In San Juan, Puerto Rico, this 19th day of September 2011.

> FRANCES RIOS DE MORAN
> Clerk of the Court
>
> By: S/ *Sulma López-Defilló*
> Sulma López-Defilló
> Deputy Clerk

Certified to be a true & exact copy of the document, or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the District of Puerto Rico
By: _____
Deputy Clerk
Date: _____

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| ANGEL EDGARDO RODRIGUEZ,<br>Plaintiff, | CIVIL NO. 10-1557(JAF) |
| Vs. | RE: Collection of money;<br>Defamation and Libel |
| COQUICO, INC., MALIK BENIN,<br>18 DEGREES NORTH, LLC,<br>ACQUANETTA BENIN, | Plaintiff Demands a Jury |
| Defendants | |

## NOTICE OF SALE

Judgment in favor of Mr. Rodriguez for $348,821.23 with interest at the rate of .11% per annum on July 27, 2011 until full payment plus $353.00 for costs. On March 6, 2014, this Court added Malik Benin, 18 Degrees North, LLC, and Acquanetta Benin as additional co-defendants responsible for the entirety of the judgment. On April 23, 2014, this Honorable Court issued a writ of execution of judgment.

Pursuant to the above judgment, the undersigned U.S. Marshall was ordered to sell at public auction for U.S. currency in cash or certified check without appraisement or right to redemption to the highest bidder and at the office of the Clerk of the United States District Court for the District of Puerto Rico, Room 150 Federal Building, Carlos Chardon Avenue, Hato Rey, Puerto Rico, or any other place designated by said Clerk, to cover the sums adjudged to be paid to the plaintiff, the following property:

A. "Comun by Coquico" Copyright number VA0001075653

B. "Coquico: We Sing" Copyright numbers TX0005550274;TX0005535397

C. "Musical plush toy frog named 'Comun' A commissioned work for Coquico, Inc. by Michael Tian  Copyright number V3473D525

D. "Rufus/by Coquico, Inc. Copyright number VA0001138519

E. "Tata/by Coquico, Inc.  Copyright number VA0001138520.

. Reg No. 2,534,754, 2,560,104, 2,541,228

THEREFORE, the FIRST public sale shall be held on the 2nd day of July 2014, at 150 Chardon Street, Hato Rey, Puerto Rico at 10:00 a.m.

The minimum bid that will be accepted is the sum of $348,821.23 with interest at the .11% per annum from July 27, 2011 until full payment, $353 for costs. In the event said first public auction does not produce a bidder and the properties are not adjudicated, a SECOND public auction shall be held on the 9th day of July, 2014, at 150 Chardon Street, Hato Rey, Puerto Rico at 10:00 a.m.

The minimum bid that will be accepted is 2/3 of the sum of $348,821.23 with interest at the .11% per annum from July 27, 2011 until full payment, $353 for costs. In the event said second public auction does not produce a bidder and the properties are not adjudicated, a THIRD public auction shall be held on the 16th day of July, 2014, at 150 Chardon Street, Hato Rey, Puerto Rico at 10:00 a.m. The bid that will be accepted at the THIRD public auction is highest amount bid on said date in partial payment of the sum of $348,821.23 with interest at the .11% per annum from July 27, 2011 until full payment, $353 for costs.

In San Juan, Puerto Rico, this _____ day of _____ 2014.

ORLANDO RIVERA
U.S. MARSHAL

2