# EXHIBIT 1



**Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.**



# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Title = comun by coqui
Search Results: Displaying 1 of 1 entries



Click here to return to the previous screen

***Comun by Coquico and 5 other titles.***

| | |
|---:|:---|
| **Type of Work:** | Recorded Document |
| **Document Number:** | V9949D797 |
| **Date of Recordation:** | 2017-08-09 |
| **Entire Copyright Document:** | V9949 D797 P1-9 |
| **Date of Execution:** | 7/16/14 |
| **Date of Certification:** | 08/09/2017 |
| **Title:** | Comun by Coquico and 5 other titles. |
| **Notes:** | Notice of sale. Civil No. 10-1557 (JAF) |
| **Party 1:** | Angel Rodriguez Miranda. |
| **Party 2:** | Coquico, Inc. |
| **Links:** | List of Titles |
| **Names:** | Miranda, Angel Rodriguez |
| | Coquico, Inc. |



| Save, Print and Email (Help Page) | | |
|---|---|---|
| Select Download Format  Full Record ⌄ | Format for Print/Save | |
| Enter your email address: | | Email |