EXHIBIT 2



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
| --- | --- | --- | --- | --- |

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Copyright Number = VA0001138520

Search Results: Displaying 1 of 1 entries



**Labeled View**

*Tata / by Coquico, Inc.*

| | |
| --- | --- |
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001138520 / 2002-03-05 |
| **Application Title:** | Coquico Tata. |
| **Title:** | Tata / by Coquico, Inc. |
| **Description:** | Plush toy. |
| **Copyright Claimant:** | Coquico, Inc. |
| **Date of Creation:** | 2001 |
| **Date of Publication:** | 2002-01-04 |
| **Authorship on Application:** | Michael Tian, 1957-, author of a work made for hire. |
| **Names:** | Tian, Michael, 1957- |
| | Coquico, Inc. |



| **Save, Print and Email (Help Page)** | |
| --- | --- |
| Select Download Format  Full Record  ⌄ | Format for Print/Save |
| Enter your email address: | Email |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



[Home](#) / Detailed Record View

| Keyword | | 🔍 |
|---|---|---|

[Advanced Search](#)

# Detailed Record View
## Recordation record V9949D797

Copyright Catalog

## Comun by Coquico and 5 other titles.

Share    Actions ⌄

| | |
|---|---|
| **Document Number** | V9949D797 |
| **Entire Copyright Document** | V9949 D797 P1-9 |
| **Type of Document** | Recorded Document |
| **Certificate** | [View PDF](#) |
| **Date of Recordation** | 2017-08-09 |
| **Date of Certification** | 08/09/2017 |
| **Date of Execution** | 7/16/14 |
| **Party 1** | Angel Rodriguez Miranda. |
| **Party 2** | Coquico, Inc. |
| **Notes** | Notice of sale. Civil No. 10-1557 (JAF) |
| **Title** | Comun by Coquico and 5 other titles. |

**List of Works**    [00001 Comun by Coquico / Reg. VA1075653.](#)

[00002 Coquico: we sing / Reg. TX5550274.](#)

[00003 Coquico: we sing / Reg. TX55535397.](#)

[00004 Musical plush toy frog named Comun.](#)

[00005 Rufus / Reg. VA1138519.](#)

[00006 Tata / Reg. VA1138520.](#)

**Names**    [Miranda, Angel Rodriguez](#)

[Coquico, Inc.](#)

## Menu

Home
Recent Records
Recent Searches
Name Directory
Help

## Contact

Contact Us
Feedback

## Resources

Request a Copy Estimate
Request a Search Estimate
FAQs

## U.S. Copyright Office

101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000 or
1 (877) 476-0778 (toll-free)

**Disclaimer:** The Copyright Public Records System (CPRS) enables access to records maintained by the U.S. Copyright Office, including searchable indexing information provided by remitters and applicants who certify the information to be accurate. The Office does not verify the accuracy of this information. In addition, the information maintained in the CPRS has been indexed according to cataloging practices and

classification systems that have changed over time. For these reasons, there may be gaps and inaccuracies in your search results.

For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). You can also request that the Copyright Office perform a search of its records. To request a Search Report, please contact the Records Research and Certification Division. For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records (Circular 18).

U.S. Copyright Office  | Library of Congress  | Congress.gov  | USA.gov  | FOIA  | Legal  | Accessibility  | Privacy Policy