EXHIBIT 2

# Certificate of Recordation



This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

Acting United States Register of Copyrights and Director

August 09, 2017

_____

Date Of Recordation

9949                                797

_____

Volume                     Doc. No.